**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AMGUARD INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>ALABED MNAWER,<br><br>*Defendant*. | Civil No.: 25-cv-13202 (KSH) (CF)<br><br><br>**ORDER** |

For the reasons set forth in the opinion filed herewith, the Court declines to exercise its jurisdiction under the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, and on that ground, **DENIES** plaintiff Amguard Insurance Company's motion for default judgment (D.E. 12).  The Clerk of the Court is directed to close this case.


Dated:  June 12, 2026                                    */s/ Katharine S. Hayden*
                                                              Katharine S. Hayden, U.S.D.J.